Michael G. Brady, ISB #1293
**EBERLE, BERLIN, KADING, TURNBOW & MCKLVEEN, CHARTERED**
1111 W. Jefferson Street, Suite 450
Post Office Box 1368
Boise, ID 83701
Telephone: (208) 344-8535
Facsimile: (208) 344-8542
Email: mbrady@eberle.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ALLISON RANCH MINISTRIES FOUNDATION, INC., an Idaho nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:26-cv-00720<br><br>**COMPLAINT** |

Plaintiff Allison Ranch Ministries Foundation, Inc. (Allison Ranch), as and for a complaint against Defendant the United States of America, pleads and alleges as follows:

**PARTIES**

1. This action arises under the Federal Tort Claims Act, 28 U.S.C. § 2674 (FTCA) and under Idaho negligence and other state law.

2. Allison Ranch is an Idaho nonprofit corporation, with its principal place of business in Boise, Ada County, Idaho.

3. Defendant United States of America (United States) is a sovereign entity and, pursuant to 28 U.S.C. §§ 2674 and 1346(b)(1), is liable for injury and loss of property caused by the negligent and wrongful acts or omissions of employees of the Government, while acting within the course and scope of their office and employment. Under 28 U.S.C. §§ 2674 and 1346(b)(1),

which constitute a waiver of sovereign immunity, the United States is liable in the same manner and to the same extent as a private individual under like circumstances.

4. The United States Department of Agriculture is an agency of the United States, headed and supervised by the Secretary of Agriculture.

5. The United States Forest Service is a subordinate agency of the Department of Agriculture. The Forest Service is responsible for the administration of laws and regulations pertaining to public lands of the United States, including the supervision and control of its field offices, agents, and employees.

6. Defendant the United States, the United States Department of Agriculture, and the United States Forest Service are referred to collectively as the United States hereafter.

## JURISDICTION AND VENUE

7. This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1346(b)(1), because it is an action against the United States for monetary damages for injury to or loss of property caused by the negligence or wrongful acts or omissions of employees, agents and/or contractors of the Government, while acting within the course and scope of their office or employment.

8. Allison Ranch timely filed a tort claim for relief with the United States Department of Agriculture, Forest Service as required by the FTCA. Allison Ranch's tort claim for relief was denied by the United States Department of Agriculture, Office of the General Counsel, on July 30, 2026, by Certified Mail—Return Receipt Requested.

9. Venue is proper in the United States District Court for the District of Idaho pursuant to 28 U.S.C. § 1391(e), because it is where a substantial part of the events or omissions giving rise to the claim occurred, or where a substantial part of property that is the subject of this action is situated.

## GENERAL ALLEGATIONS

10. On July 24, 2023, the Elkhorn Fire was reported by the Sheepeater Lookout in the Payette National Forest, within the boundary of the Frank Church - River of No Return Wilderness. Due to the fire being reported within the boundary of the Frank Church - River of No Return

Wilderness, it was initially staffed by smokejumpers out of McCall, Idaho. The Elkhorn Fire burned an estimated 26,048 acres.

11. Forest Service Law Enforcement Officers (LEO) conducted an origin and cause (O&C) investigation on July 26, 2023. Based on the findings of the LEO O&C investigation, it was determined that the fire most likely started from an abandoned cooking/campfire that was not sufficiently extinguished prior to the users leaving the area. Additional investigation by LEO determined that for the time period immediately preceding the fire being reported, the only individuals in the area of the fire's origin were in a Forest Service Trail Maintenance Crew led by a Forest Service employee, Wilderness Trail Crew Lead for the Payette National Forest. Further investigation by Forest Service LEO determined that Forest Service employee(s) built a fire to cook dinner and poured approximately four liters of water onto the campfire ring that evening and again the following morning, however, the campfire was not extinguished.

12. The investigation by the Forest Service determined that the cause and origin of the Elkhorn Fire was the failure of Forest Service employee(s) to extinguish an abandoned cooking/campfire prior to leaving the area.

13. Findings of the LEO led investigators to explore potential criminal violations against Forest Service employee(s). Forest Service Law Enforcement and Investigation (LEI) staff presented the case for consideration to the United States Attorney's Office, District of Idaho, on October 18, 2023, and on October 31, 2023, the U.S .Attorney's Office, District of Idaho, issued a declination to criminally prosecute of the Forest Service employee(s) responsible for causing the Elkhorn Fire.

14. Allison Ranch owned real property and personal property at a religious retreat located on the Salmon River in the Frank Church - River of No Return Wilderness. On July 30, 2023, the Elkhorn Fire reached the Allison Ranch property on the Salmon River, and Allison Ranch sustained total loss and damage to structures and trees, and total loss of personal property and equipment, furniture, fixtures, and economic damages.

**<u>COUNT ONE: NEGLIGENCE</u>**

15. Allison Ranch repleads and realleges by this reference all the allegations contained in Paragraphs 1 through 14 above as if set out in full.

16. The United States is liable for injury and loss of property caused by the negligent and wrongful acts and omissions of employees, agents and/or contractors, while acting within the scope of their office or employment.

17. The United States owed a duty to Allison Ranch to exercise reasonable and due care to prevent forest fires caused by employees, agents and/or contractors.

18. The United States breached these and other duties by:

(a) Failing to extinguish an abandoned cooking/campfire prior to leaving the area;

(b) Causing timber, trees, brush or grass to burn;

(c) Building, attending, maintaining, or using a campfire without removing all flammable material from around the campfire adequate to prevent its escape; and

(d) Violating State law concerning burning or fires or State law that is for the purpose of preventing or restricting the spread of fire. (*Idaho Code* § 38-107)

19. The United States' negligent conduct, and the negligent conduct of its employees, agents, and/or contractors, directly and proximately caused and continue to cause damage to Allison Ranch's real property, personal property, and economic damages.

**COUNT TWO: NEGLIGENCE PER SE (18 U.S.C. § 1856 and 36 CFR 261.5)**

20. Allison Ranch repleads and realleges by this reference all the allegations contained in Paragraphs 1 through 19 above as if set out in full.

21. 18 U.S.C. § 1856 provides in relevant part: Whoever, having kindled or caused to be kindled, a fire in or near any forest, timber, or other inflammable material upon any lands owned, controlled or leased by, or under the partial, concurrent, or exclusive jurisdiction of the United States, leaves said fire without totally extinguishing the same, or permits or suffers said fire to burn or spread beyond his control, or leaves or suffers said fire to burn unattended, shall be fined under this title or imprisoned not more than six months, or both.

22. 36 C.F.R. 261.5 provides in part as follows:

The following are prohibited:

(c) Causing timber, trees, slash, brush, or fire to burn except as authorized by permit;

(d) Leaving a fire without completely extinguishing it;

(f) Building, attending, maintaining, or using a campfire without removing all flammable material from around the campfire adequate to prevent its escape; and

(i) Violating any State law concerning burning or fires or any State law that is for the purpose of preventing or restricting the spread of fire. (*Idaho Code* § 38-107)

23. The cause and origin of the Elkhorn Fire was the failure of Forest Service employees, agents, and/or contractors to extinguish an abandoned cooking/campfire prior to leaving the area.

24. 18 U.S.C. § 1856 and 36 C.F.R. 261.5 (c), (d), (f), and (i) were enacted to prevent the type of serious harm Allison Ranch suffered and was, and were, intended to protect a class of individuals, including Allison Ranch, against the type of serious harm suffered.

25. The United States' negligent conduct, and the negligent conduct of its employees, agents, and/or contractors, directly and proximately caused and continue to cause damage to Allison Ranch's real property, personal property, and economic damages.

## COUNT THREE: TRESPASS

26. Allison Ranch repleads and realleges by this reference all the allegations contained in Paragraphs 1 through 25 above as if set out in full.

27. On or about July 24, 2023, Forest Service employees, agents, and/or contractors failed to extinguish an abandoned cooking/campfire prior to leaving the area causing the Elkhorn Fire.

28. On July 30, 2023, the Elkhorn Fire reached the Allison Ranch property on the Salmon River.

29. When the Elkhorn Fire entered upon the Allison Ranch property, it was a trespass/invasion of Allison Ranch's rights.

30. Allison Ranch did not consent to the United States causing the Elkhorn Fire to enter upon Allison Ranch's property.

31. Allison Ranch's real and personal property was harmed by the entry of the Elkhorn Fire on the Allison Ranch's property.

32. The trespass of the United States, and the trespass of its employees, agents, and/or contractors, directly and proximately caused, and continue to cause, damage to Allison Ranch's real property, personal property, and economic damages.

**COUNT FOUR: NUISANCE**

33. Allison Ranch repleads and realleges by this reference all the allegations contained in Paragraphs 1 through 32 above as if set out in full.

34. Idaho law declares that any forest or range fire burning out of control or without proper precautions having been taken to prevent its spread is hereby declared a public nuisance, by reason of its menace to life and/or property. (*Idaho Code* § 38-107(1))

35. Through the United States' negligent conduct, and the negligent conduct of its employees, agents, and/or contractors, in failing to extinguish an abandoned cooking/campfire, caused the Elkhorn Fire.

36. The United States and its employees, agents, and/or contractors failed to take adequate and proper precautions to extinguish the cooking/campfire, resulting in the Elkhorn Fire.

37. The spread of the Elkhorn Fire became a menace to life and property.

38. The Elkhorn Fire became, and was, a forest fire that burned out of control and was declared a public nuisance by reason of its menace to life and/or property. (*Idaho Code* § 38-107(1))

39. The United States' negligent conduct, and the negligent conduct of its employees, agents, and/or contractors, created a public nuisance, which directly and proximately caused and continue to cause damage to Allison Ranch's real property, personal property, and economic damages.

**DAMAGES**

40. As a direct and proximate result of the conduct of the United States and its employee(s), agents, and/or contractors, Allison Ranch has incurred and suffered damages from July 30, 2023, to present to Plaintiff's real property and personal property, and economic damages including, but not limited to:

(a) The reasonable costs for controlling or extinguishing the Elkhorn Fire on Allison Ranch's property;

(b) Economic damages; and

(c) The actual and tangible restoration costs associated with bringing the damaged real property and personal property back to its pre-injured state.

41. Allison Ranch has also incurred and suffered other additional injuries and damages yet to be discovered and to be proven at trial. Allison Ranch reserves the right to prove damages in excess of those contained in its FTCA tort claim, as provided by 28 U.S.C. § 2675(b).

42. Allison Ranch has incurred attorney fees and costs in prosecuting this action, and is entitled to recover attorney fees and costs, pursuant to Idaho law and F.R.C.P. Rule 54.

## PRAYER FOR RELIEF

**WHEREFORE**, Allison Ranch prays that judgment be entered against the United States for compensatory, real property, personal property, and economic damages in amounts to be proved at trial; for interest thereon; and for an award of attorney fees and costs incurred in this action; and for such other and further relief as the Court may deem reasonable, just, and proper.

DATED this 22nd day of October, 2026.

EBERLE, BERLIN, KADING, TURNBOW
& MCKLVEEN, CHARTERED

/s/ Michael G. Brady

By: Michael G. Brady
Attorneys for Defendant